United States District Court
Southern District of Texas
FILED

AUG 14 2001

Michael N. Milby

THE HONORABLE JOHN WM. BLACK

HEARING ON TRANSAMERICA ASSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR MOTION FOR SUMMARY JUDGMENT

CIVIL ACTION NO. B-01-141 / B-01-037

DATE & TIME: 08-14-01 AT 2:00 P.M.

GRACIELA CISNEROS, ET AL.

PLAINTIFF(S) COUNSEL: DENIS A DOWNEY

VS.

BROWNSVILLE MEDICAL CENTER, ET AL.

DEFENDANT(S) COUNSEL: MICHAEL W. FOX
SHAYNE D. MOSES
LECIA CHANEY
EDUARDO R. RODRIGUEZ

---

CSO: Dan Figueroa
ERO: Gabriel Mendieta

Attorneys Denis Downey, Chris Scherer, Shayne Moses and Lecia Chaney appeared.

Case will be severed with Plaintiffs and TransAmerica Assurance Company to be assigned Cause No. B-01-141. Parties in new cause signed a 636 consent form. Final Judgment filed for Cause No. B-01-141.

Plaintiffs will file a response to Brownsville Medical Center's Motion for Summary Judgment.