2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GRACIELA CISNEROS, INDIVIDUALLY | § | |
| AND AS REPRESENTATIVE OF THE | § | |
| ESTATE OF FERNANDO CISNEROS, | § | |
| DECEASED | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-141 |
| | § | |
| BROWNSVILLE MEDICAL CENTER, | § | |
| TENET HEALTHCARE, INC. AND | § | |
| TRANSAMERICA ASSURANCE | § | |
| COMPANY | § | |

**ORDER**

Pursuant to 28 U.S.C. § 636(b)(1) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act this case is referred to United States Magistrate Judge John Wm. Black.

SIGNED on this 24th day of August, 2001.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GRACIELA CISNEROS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF FERNANDO CISNEROS, DECEASED | § § § § § | |
| VS. | § | CIVIL ACTION NO. B-01-141 |
| BROWNSVILLE MEDICAL CENTER, TENET HEALTHCARE, INC. AND TRANSAMERICA ASSURANCE COMPANY | § § § § § | |

### CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Shayne D. Moses [signature] | Transamerica Occidental Life Insurance Company incorrectly sued as Transamerica Assurance Company | 8/14/01 |
| [signature] | Plaintiff | 8/4/01 |