IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GRACIELA CISNEROS, Individually and as Representative of the Estate of FERNANDO CISNEROS, Deceased, | § § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. B-01-037 |
| | § | CA-B-01-141 |
| BROWNSVILLE MEDICAL CENTER, TENET HEALTHCARE, INC. and TRANSAMERICA ASSURANCE COMPANY, | § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On the 14th day of August, 2001, Transamerica Assurance Company's ("Transamerica") Motion for Judgment on the Pleadings and/or Motion for Summary Judgment came on to be considered. After reviewing the motion and the supporting brief, the Court finds that _the sole grounds for denial of payment of policy benefits was that Mount Transamerica Assurance Company did not receive policy premiums relevant to the coverages and that_ Transamerica is entitled to a judgment on the pleadings and/or a summary judgment pursuant to Rules 12(c) and 56 of the Federal Rules of Civil Procedure.

It is, therefore, ORDERED, ADJUDGED and DECREED that Plaintiff take nothing by this cause of action, that all claims against Transamerica be and they are hereby dismissed with prejudice, that Transamerica recover all court costs incurred herein and that the claims against Transamerica are severed out and assigned Cause No. B-01-141 so as to make this judgment final.

SIGNED this 14th day of AUGUST, 2001.

_____
Judge Presiding

Approved as to form and substance

_____

_____

FINAL JUDGMENT                                                                 Page 2

ClibPDF - www.fastio.com